UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SHANNON MICHELLE
STEWARD,

        Plaintiff,

v.                                                 Case No: 6:23-cv-207-EJK

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.

## ORDER

This cause comes before the Court on Defendant's Unopposed Motion for Entry of Judgment Under Sentence Four of 42 U.S.C. § 405(g) with Reversal and Remand of the Cause to the Defendant (the "Motion") (Doc. 14), filed April 12, 2023. Therein, Defendant requests that the case be reversed and remanded to the Commissioner of Social Security, pursuant to sentence four[1] of 42 U.S.C. § 405(g), for the following reasons:

> The Commissioner requests that the court remand this case to the Commissioner for further evaluation of Plaintiff's impairments and residual functional capacity and, if necessary, to obtain supplemental evidence from a vocational expert.

(*Id.* at 1.) Upon consideration, the Court will grant the Motion.

---

[1] A "sentence-four" remand refers to the fourth sentence of 42 U.S.C. § 405(g). Sentence four authorizes the Court to enter a "judgment affirming, modifying, or reversing the decision of the Commissioner of Social Security, with or without remanding the cause for a rehearing."

Accordingly, it is hereby **ORDERED** that:

1. Defendant's Unopposed Motion for Entry of Judgment Under Sentence Four of 42 U.S.C. § 405(g) with Reversal and Remand of the Cause to the Defendant (Doc. 14) is **GRANTED**.

2. The final decision of the Commissioner is **REVERSED** and **REMANDED** to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for the aforementioned reasons.

3. The Clerk is **DIRECTED** to enter a separate judgment in favor of Plaintiff and close the case.

**DONE** and **ORDERED** in Orlando, Florida on April 14, 2023.

EMBRY J. KIDD
UNITED STATES MAGISTRATE JUDGE